■ In the Matter of THERESA K. POWERS et al., Appellants, v BOARD OF APPEALS OF THE TOWN OF PERINTON et al., Respondents. [598 NYS2d 749] —Judgment unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Wisner, J. (Appeal from Judgment of Supreme Court, Monroe County, Wisner, J.—Article 78.) Present—Callahan, J. P., Green, Fallon, Boomer and Boehm, JJ.